UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THOMAS G. GENNARO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AVVO, INC.,<br><br>Defendant. | Case No. 18-cv-02213-WQH-BLM<br><br>**ORDER** |
|---|---|

HAYES, Judge:

Before the Court is Plaintiff Thomas G. Gennaro's Unopposed Motion to Correct Case Caption. (ECF No. 18).

On September 24, 2018, named Plaintiff Stephen Mitchell initiated this action by filing the Class Action Complaint. (ECF No. 1). On November 11, 2018, Plaintiffs filed the First Amended Class Action Complaint, which added named Plaintiff Thomas G. Gennaro. (ECF No. 11). On November 15, 2018, Plaintiff Stephen Mitchell voluntarily dismissed his claims against Defendant Avvo, Inc. (ECF No. 12). On November 30, 2018, Plaintiff Thomas G. Gennaro filed the Unopposed Motion to Correct Case Caption. (ECF No. 18). On December 12, 2018, Defendant filed a Notice of Non-Opposition. (ECF No. 23).

Plaintiff moves the Court "to correct the case caption by omitting the name of former plaintiff Stephen Mitchell ("Mr. Mitchell")." (ECF No. 18). Plaintiff contends that "[f]or purposes of clarity and to prevent confusion as to the named party plaintiff in this action, the case caption should be amended to remove reference to plaintiff Stephen Mitchell." *Id.* Defendant does not oppose the change. (ECF No. 23).

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Correct Case Caption (ECF No. 18) is GRANTED. Pursuant to Plaintiff Stephen Mitchell's November 15, 2018 voluntary dismissal, the Clerk of Court shall terminate Stephen Mitchell from the docket. IT IS FURTHER ORDERED that the case caption shall reflect this change henceforth.

Dated: December 18, 2018

Hon. William Q. Hayes
United States District Court